# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-35207

**Case Name** Eleaqia McCrae v. City of Salem, et al

Hearing Location (*city*) Portland, Oregon

Your Name Aaron Hisel

List the sitting dates for the two sitting months you were asked to review:

August 19, 20, 21, 22, 23

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

Haley Olsen v. County of Grant, et al, 23-35365, Portland, Oregon.

**Signature** [signed] **Date** 4/24/24

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*